1  Abraham J. Colman (SBN 146933)
   Email:   acolman@reedsmith.com
2  Tuan Uong (SBN 272447)
   Email:   tuong@reedsmith.com
3  Sevana Zadourian (SBN 315037)
   Email:   szadourian@reedsmith.com
4  REED SMITH LLP
   355 South Grand Avenue
5  Suite 2900
   Los Angeles, CA  90071-1514
6
7  Attorneys for Defendant
   Credit One Bank, N.A. (erroneously sued
   as Credit One Financial)
8

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

9              UNITED STATES DISTRICT COURT
10             CENTRAL DISTRICT OF CALIFORNIA
11                    WESTERN DIVISION

| | |
|---|---|
| MARIA GUADALUPE KNOX,<br><br>    Plaintiff,<br><br>    vs.<br><br>CREDIT ONE FINANCIAL,<br><br>    Defendant. | Case No. 2:18-CV-2191<br><br>**STIPULATION BETWEEN DEFENDANT CREDIT ONE BANK, N.A. AND PLAINTIFF TO ARBITRATE CLAIMS**<br><br>Compl. Filed:   3/15/18<br><br>HON. ANDRÉ BIROTTE JR. |

– 1 –
STIPULATION BETWEEN DEFENDANT CREDIT ONE BANK, N.A. AND
PLAINTIFF TO ARBITRATE CLAIMS

Plaintiff Maria Guadalupe Knox ("Plaintiff") and Defendant Credit One Bank, N.A. ("Credit One") (collectively, "the Parties"), by and through their undersigned counsel, hereby submit this Stipulation to Arbitrate Claims, stating as follows:

1. Plaintiff and Credit One have now agreed to submit Plaintiff's claims against Credit One in this lawsuit to arbitration pursuant to the Parties' arbitration agreement, which is included in the card member agreements (the "Agreements") affecting Plaintiff's credit card account(s) with Credit One. The arbitration shall be conducted through AAA pursuant to the Agreements.

2. The Parties therefore respectfully request that (a) this Court order that all of Plaintiff's claims against Credit One be submitted to binding non-judicial arbitration pursuant to the Parties' arbitration agreement, and (b) that the case be stayed pending completion of the arbitration.

DATED: June 7, 2018       REED SMITH LLP

                          By  /s/ Sevana Zadourian[1]
                              Sevana Zadourian
                              Attorney for Defendant
                              CREDIT ONE BANK, N.A.

DATED: June 7, 2018       WESTGATE LAW

                          By  /s/ Matthew A. Rosenthal
                              Matthew A. Rosenthal
                              Attorney for Plaintiff
                              MARIA GUADALUPE KNOX

---

[1] Pursuant to Central District Local Rule 5-4.3.4(a)(2)(i), filing counsel attests that all other signatories listed and on whose behalf this filing is submitted concur in the filing's content and have authorized the filing.

STIPULATION BETWEEN DEFENDANT CREDIT ONE BANK, N.A. AND PLAINTIFF TO ARBITRATE CLAIMS

REED SMITH LLP
A limited liability partnership formed in the State of Delaware