UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MARIA GUADALUPE KNOX,<br><br>Plaintiff,<br><br>vs.<br><br>CREDIT ONE FINANCIAL,<br><br>Defendant. | Case No. LA CV 18-2191 AB (AGRx)<br><br>**ORDER GRANTING STIPULATION BETWEEN DEFENDANT CREDIT ONE BANK, N.A. AND PLAINTIFF TO ARBITRATE CLAIMS**<br><br>HON. ANDRÉ BIROTTE JR. |

Pursuant to the Stipulation between Plaintiff and defendant Credit One Bank, N.A. ("Credit One"), it is hereby ordered that Plaintiff's claims against Credit One be submitted to arbitration, and this case is stayed and administratively closed pending completion of the arbitration. The parties shall file a joint status report regarding the status of the arbitration within 90 days of the issuance of this order, and every 90 days thereafter.

**IT IS SO ORDERED.**

Dated: June 14, 2018

_____
Honorable André Birotte, Jr.
United States District Judge