Matthew A. Rosenthal (SBN 279334)
matt@westgatelaw.com
Westgate Law
16444 Paramount Blvd., Suite 205
Paramount, CA 90723
Tel: (818) 200-1497
Fax: (818) 574-6022
Attorneys for Plaintiff,
MARIA GUADALUPE KNOX

**IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION**

| | |
|---|---|
| MARIA GUADALUPE KNOX,<br><br>Plaintiff;<br><br>v.<br><br>CREDIT ONE FINANCIAL,<br><br>Defendant. | Case No.: 2:18-cv-2191<br><br>**VOLUNTARY DISMISSAL OF A CASE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |

**PLEASE TAKE NOTICE** that Plaintiff, MARIA GUADALUPE KNOX, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), gives notice that she voluntarily dismisses all claims in this action as to herself in her individual capacity *with prejudice*. Defendant has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed with prejudice without an Order of the Court.

RESPECTFULLY SUBMITTED,

DATED: October 12, 2018          WESTGATE LAW

By: /s/ Matthew A. Rosenthal
Matthew A. Rosenthal
Attorney for Plaintiff,
MARIA GUADALUPE KNOX

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 12, 2018, I filed the forgoing document with the Clerk of the Court using the CM/ECF System. Notice of said filing was served via e-mail transmission to the following:

Sevana Zadourian
Reed Smith LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071

By: /s/ Matthew A. Rosenthal
Matthew A. Rosenthal